[No. 74360-1-I.   Division One.   December 19, 2016.]

MICHELLE J. KINNUCAN, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-34463-5, Mariane C. Spearman, J., entered October 23, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Mann, JJ.

[No. 74459-3-I.   Division One.   December 19, 2016.]

MICHAEL MOCKOVAK, *Appellant*, v. KING COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-25191-2, Theresa B. Doyle, J., entered November 25, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach and Spearman, JJ.

[Nos. 74546-8-I; 74768-1-I.   Division One.   December 19, 2016.]

JOSEPH MOJARRAD ET AL., *Appellants*, v. RON WALDEN ET AL., *Defendants*, LORRAINE WALDEN ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Skagit County, No. 14-2-00447-1, Dave Needy, J., entered December 10, 2015. *Affirmed in part, reversed in part, and remanded with instructions* by unpublished opinion per Becker, J., concurred in by Cox and Leach, JJ.

[No. 74605-7-I.   Division One.   December 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD CLOUD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00636-8, Marybeth Dingledy, J., entered December 21, 2015. *Dismissed* by unpublished per curiam opinion.